1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  BOARD OF TRUSTEES OF THE          )
   EMPLOYEE PAINTERS' TRUST,         )        Case No. MC21-0036RSL
9                        Plaintiffs, )
10          v.                       )
                                     )        ORDER TO ISSUE WRIT OF
11 GARY VAN VALKENBURG,              )        GARNISHMENT
                                     )
12                       Defendant,  )
            v.                       )
13                                   )
   BANK OF THE PACIFIC,              )
14                                   )
                         Garnishee.  )
15

16      This matter comes before the Court on plaintiff's "Application for Writ of Garnishment"

17 for property in which the defendant/judgment debtor, Gary Van Valkenburg., has a substantial

18 nonexempt interest and which may be in the possession, custody, or control of the garnishee,

19 Bank of the Pacific. The Court having reviewed the record in this matter, it is hereby ORDERED

20 that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs'

21 counsel on March 16, 2021.

22
        Dated this 18th day of March, 2021.
23

24          _Mark S Lasnik_____

25          Robert S. Lasnik
            United States District Judge
26

ORDER TO ISSUE WRIT OF GARNISHMENT